# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHARLES SANSOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-cv-00312-FJG |
| | ) |
| BAYER CROPSCIENCE LP, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant and jointly request that the above-referenced case be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

HOLMAN SCHIAVONE, LLC            THOMPSON COBURN LLP

By: /s/ *Sophie Woodworth (with permission)*  
   Sophie Woodworth, MO #48383  
   4600 Madison, Suite 810  
   Kansas City, MO 64112  
   PHONE: 816-283-8738  
   FAX: 816-283-8739  
   swoodworth@hslawllc.com

By: /s/ *Clifford A. Godiner*  
   Clifford A. Godiner, MO #33702  
   Colin J. Pajda, MO #71115  
   One US Bank Plaza, Suite 2700  
   St. Louis, MO 63101  
   PHONE: 314-552-6000  
   FAX: 314-552-7000  
   cgodiner@thompsoncoburn.com  
   cpajda@thompsoncoburn.com

**ATTORNEYS FOR PLAINTIFF**

**ATTORNEYS FOR DEFENDANT BAYER CROPSCIENCE LP**

## CERTIFICATE OF SERVICE

Plaintiff certifies that on December 20, 2021, a true and accurate copy of the foregoing was filed electronically through the Court's electronic filing system, which sent a copy to all counsel of record in this matter.

                                                   /s/ *Clifford A. Godiner*